LAW OFFICES OF LES ZIEVE
LES ZIEVE, ESQ.
Ca. Bar #123319
18377 Beach Blvd.
Suite 210
Huntington Beach, CA 92648
(714) 848-7920

Counsel for Movant

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Lisa Denise Jackson,<br><br>    Debtor.<br>_____<br>US Bank National Association, ND,<br><br>    Movant,<br><br>vs.<br><br>Lisa Denise Jackson;<br>Amrane Cohen, Trustee,<br><br>    Respondents.<br>_____ | Bk. No: 8:09-bk-16297-TA<br><br>Chapter 13<br><br><br><br>EMERGENCY BASIS APPLICATION FOR ORDER SHORTENING TIME AND MOTION TO VACATE DISMISSAL ORDER FOR THE LIMITED PURPOSE TO ALLOW THE COURT TO RULE ON MOVANT'S PENDING MOTION TO VACATE THE AUTOMATIC STAY DECLARATION OF LES ZIEVE IN SUPPORT<br><br>Date: July 29, 2009<br>Time: 10:00 a.m.<br>Place: Room 5B, 5th Floor<br>       411 W. 4th Street<br>       Santa Ana, CA |

In support of the instant Emergency Basis Application for Order Shortening Time and Motion To Vacate Dismissal Order For Limited Purpose , US Bank National Association, ND (hereinafter referred to as "Movant"), sets forth the following allegations. Each allegation is supported by the evidence attached to Movant's Notice Of Motion and Motion for Relief from the Automatic Stay, which was filed on July 18, 2009 and is herein after referred to as "**the underlying Motion**".

1

1. That on or about June 25, 2009, the above named debtor filed a Chapter 13 Petition in Bankruptcy with this Court.

2. Movant is the current payee of that certain "adjustable rate note" ("Note" herein) in the principal amount of $408,000.00.

3. The Note is secured by a Deed of Trust ("Deed of Trust" herein) upon property generally described as 6319 Alviso Avenue, Los Angeles, California and is hereinafter referred to as "the subject property".

4. On June 20, 2008, Movant elected to initiate non-judicial foreclosure proceedings on the subject property in accordance with applicable state law. The sale is currently set for August 5, 2009 and has been stalled by 4 prior bankruptcy cases filed by 4 transferees. The instant case is the 5th case which has prevented Movant from conducting its sale.

5. On July 22, 2009, this Court granted Movant's Emergency Application to have the underlying Motion heard on Shortened Time and set the hearing for July 29, 2009 at 10:00.a.m. Unfortunately, on July 22, 2009, the Clerk of Court caused an order dismissing this case to be entered.

6. In light of the damage already suffered by Movant as the results of the prior 4 cases and in order to put an end to the ongoing scheme to defraud Movant, Movant needs this Court to vacate the dismissal in this case so that it can have jurisdiction to hear and grant the underlying Motion, which includes a prayer for "Extraordinary Relief".

7. By this Application and Motion, Movant seeks to have this Motion to Vacate the Dismissal Order For Limited Purpose heard and granted on July 29, 2009 at 10:00 a.m., the same date and time the Court has already set for the hearing on the underlying Motion.

///
///
///
///
///

## DECLARATION OF LES ZIEVE

I, LES ZIEVE, am an attorney at law licensed top practice the State of California and in the Central District of California. Unless otherwise noted, I have actual knowledge of each of the following facts. If called upon to testify, I could and would testify as to the truth of these statements.

A. That on or about June 25, 2009, the above named debtor filed a Chapter 13 Petition in Bankruptcy with this Court.

B. On July 22, 2009, this Court granted Movant's Emergency Application to have the underlying Motion heard on Shortened Time and set the hearing for July 29, 2009 at 10:00 a.m. Unfortunately, on July 22, 2009, the Clerk of Court caused an order dismissing this case to be entered.

C.. In light of the damage already suffered by Movant as the results of the prior 4 cases and in order to put an end to the ongoing scheme to defraud Movant, Movant needs this Court to vacate the dismissal in this case so that it can have jurisdiction to hear and grant the underlying Motion, which includes a prayer for "Extraordinary Relief".

D. By this Application and Motion, Movant seeks to have this Motion to Vacate the Dismissal Order For Limited Purpose heard and granted on July 29, 2009 at 10:00 a.m., the same date and time the Court has already set for the hearing on the underlying Motion.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 22nd day of July, 2009 at Huntington Beach, CA

/s/ Les Zieve

Les Zieve

3

Case 8:09-bk-16297-TA    Doc 21    Filed 07/27/09    Entered 07/27/09 17:51:08    Desc
Main Document    Page 4 of 5

WHEREFORE, Movant prays as follows:

A)   That the instant Application and Motion be granted.

B)   That the Court forthwith enter an Order Vacating Dismissal for Limited Purpose.

C)   That the Court enter an Order dismissing this case for all purposes after the Court has fully adjudicated the underlying and pending Motion for Relief from the Automatic Stay on file and set for hearing July 29, 2009.

DATED: July 22, 2009                               Respectfully submitted,

**LAW OFFICES OF LES ZIEVE**

/s/ Les Zieve
_____

By: LES ZIEVE
Counsel for Movant

Taylor.APP2/ac

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I, **Julie Simpkins**, certify that I am a resident of Orange County, California. I am over the age of 18 years and am not a party to the within action. My business address is 18377 Beach Blvd., Suite 210, Huntington Beach, California 92648.

On **July 22, 2009**, I served the within **EMERGENCY BASIS APPLICATION FOR ORDER SHORTENING TIME AND MOTION TO VACATE DISMISSAL ORDER FOR THE LIMITED PURPOSE TO ALLOW THE COURT TO RULE ON MOVANT'S PENDING MOTION TO VACATE THE AUTOMATIC STAY DECLARATION OF LES ZIEVE IN SUPPORT** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Huntington Beach, California, addressed as follows:

**Lisa Denise Jackson**
6537 W Cerritos Ave #127
Foothill Ranch, CA 92610

**Amrane Cohen, Trustee**
770 The City Dr So Ste #3300
Orange, CA 92868

**US Bankruptcy Court**
**Chambers of Judge Albert**
411 West Fourth Street
Santa Ana, CA 92701-4593

I certify under penalty of perjury the foregoing is true and correct.

Executed on **July 22, 2009**, at Huntington Beach, California.

Julie Simpkins

200000118app2.pos