LAW OFFICES OF LES ZIEVE
LES ZIEVE, ESQ.
Ca. Bar #123319
18377 Beach Blvd.
Suite 210
Huntington Beach, CA 92648
(714) 848-7920

Counsel for Movant

FILED & ENTERED

AUG 10 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Lisa Denise Jackson,<br>             Debtor.<br>_____<br><br>US Bank National Association, ND,<br><br>             Movant,<br>vs.<br><br>Lisa Denise Jackson;<br>Amrane Cohen, Trustee,<br><br>             Respondents.<br>_____ | Bk. No: 8:09-16297-TA<br><br>Chapter 13<br><br>**ORDER VACATING DISMISSAL ORDER**<br><br>Date: July 29, 2009<br>Time: 10:00 a.m.<br>Place: Room 5B, 5th Floor<br>       411 W. 4th Street<br>       Santa Ana, CA |

Having considered the Motion of creditor US Bank National Association, ND ("Movant") to vacate the court's order dismissing this case which was entered on July 22, 2009 and for good cause shown:

**IT IS HEREBY ORDERED** that the Order Dismissing this case, which was entered on or about July 22, 2009, is **VACATED**.

**IT IS FURTHER ORDERED** upon the entry of this Court's Order Granting Movant's Motion For Relief From the Automatic Stay, which was filed concurrently herewith, this case shall be immediately thereafter deemed dismissed for all purposes.

###

DATED: August 10, 2009

_Theodor C. Albert_
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
18377 Beach Blvd., Suite 210, Huntington Beach, CA 92648

A true and correct copy of the foregoing document described <u>Order Vacating Dismissal Order</u>  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/29/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Amrane Cohen, Trustee        efile@ch13ac.com

☐ Service information continued

on attached page

II. **SERVED BY REGULAR U.S. MAIL** (indicate method for each person or entity served)**:**
On <u>7/29/09 .</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Lisa Denise Jackson**
6537 W Cerritos Ave #127
Foothill Ranch, CA 92610

☐ Service information continued

on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on
personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued

on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/29/09 | Julie Simpkins | /s/ Julie Simpkins |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)   Order Vacating Dismissal Order   was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Amrane Cohen     efile@ch13ac.com
- Jose A Garcia     ecfcacb@piteduncan.com
- Joe M Lozano     notice@NBSDefaultServices.com
- Cassandra J Richey     cmartin@pprlaw.net
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Les A Zieve     bankruptcy@zievelaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
**Lisa Denise Jackson**
6537 W Cerritos Ave #127
Foothill Ranch, CA 92610

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

TAYLORost.ord/ac